## SARTOR v. HART ET AL.

[No. 12,652.    Filed January 27, 1927.]

From Sullivan Circuit Court; *Arthur E. DeBaun*, Judge.

Action between John B. Sartor and Abe Hart and others. From the judgment rendered, the former appeals.    *Affirmed.*    By the court in banc.

*Lee F. Bays* and *Samuel M. Emison,* for appellant.

*Lindley & Bedwell, Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor, William H. Bridwell* and *G. W. Buff,* for appellees.

PER CURIAM.—Judgment affirmed.